1  Sonja S. Weissman (SBN 154320)
   Dana A. Blanton (SBN 232373)
2  REED SMITH LLP
   1999 Harrison St., Suite 2400
3  Oakland, CA 94612
   Telephone:   510.763.2000
4  Facsimile:   510.273.8832
   Email: sweissman@reedsmith.com;
5  dblanton@reedsmith.com

6  Michael K. Brown (SBN 104252)
   Ginger Heyman Pigott (SBN 162908)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA 90071
   Telephone:   213.457.8000
9  Facsimile:   213.457.8080
   Email: mkbrown@reedsmith.com;
10 gheyman@reedsmith.com

11 Attorneys for Defendant
   Medtronic, Inc.

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SPICER, | No.: C08-02789 MEJ |
| Plaintiff, | (Removal of San Mateo Superior Court Case No. CIV 470954) |
| vs. | DEFENDANT MEDTRONIC, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| MEDTRONIC, INC., MEDTRONIC PS MEDICAL, INC., and DOES 1 to 50, | |
| Defendants. | [LOCAL RULE 3-16] |

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2   named parties, there is no such interest to report.

3

4   DATED: June 4, 2008

5                                           REED SMITH LLP

6

7   By _____
    Sonja S. Weissman
8   Dana A. Blanton
    Attorneys for Defendant
9   Medtronic, Inc.

DOCSOAK-9909548.1