1  Sonja S. Weissman (SBN 154320)
   Dana A. Blanton (SBN 232373)
2  REED SMITH LLP
   1999 Harrison St., Suite 2400
3  Oakland, CA 94612
   Telephone:    510.763.2000
4  Facsimile:    510.273.8832
   Email: sweissman@reedsmith.com;
5  dblanton@reedsmith.com

6  Michael K. Brown (SBN 104252)
   Ginger Heyman Pigott (SBN 162908)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA 90071
   Telephone:    213.457.8000
9  Facsimile:    213.457.8080
   Email: mkbrown@reedsmith.com;
10 gheyman@reedsmith.com

11 Attorneys for Defendant
   Medtronic, Inc.

REED SMITH LLP
A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF DELAWARE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JEFFREY SPICER, | No. C08-02789 |
|---|---|
| Plaintiff, | (Removal of San Mateo Superior Court Case No. CIV 470954) |
| vs. | |
| MEDTRONIC, INC., MEDTRONIC PS MEDICAL, INC., and DOES 1 to 50, | **DEFENDANT MEDTRONIC, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | [FRCP 7.1] |

1    TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

3    Pursuant to FRCP 7.1, Defendant Medtronic, Inc. provides the following corporate
4    disclosure statement:

6    Medtronic, Inc. is a publicly held corporation organized under the laws of the State of
7    Minnesota; it has no parent corporation; and there is no publicly held corporation that owns 10
8    percent or more of Medtronic's stock.

10   Dated: June 4, 2008.

                                          REED SMITH LLP

                                          By /s/ Sonja S. Weissman
                                          Sonja S. Weissman
                                          Dana A. Blanton
                                          Attorney for Defendant
                                          Medtronic, Inc.

DOCSOAK-9909550.1

- 1 -
DEFENDANT MEDTRONIC, INC.'S CORPORATE DISCLOSURE STATEMENT