1  Sonja S. Weissman (SBN 154320)
   Dana A. Blanton (SBN 232373)
2  REED SMITH LLP
   1999 Harrison St., Suite 2400
3  Oakland, CA 94612
   Telephone:  510.763.2000
4  Facsimile:  510.273.8832
   Email: sweissman@reedsmith.com;
5  dblanton@reedsmith.com

6  Michael K. Brown (SBN 104252)
   Ginger Heyman Pigott (SBN 162908)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA 90071
   Telephone:  213.457.8000
9  Facsimile:  213.457.8080
   Email: mkbrown@reedsmith.com;
10 gheyman@reedsmith.com

11
   Attorneys for Defendant
12 Medtronic PS Medical, Inc.

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15 JEFFREY SPICER,                          No.: C 08-02789 MEJ

16            Plaintiff,
                                            STIPULATION TO EXTEND TIME FOR
17       vs.                                DEFENDANT MEDTRONIC PS
                                            MEDICAL, INC. TO RESPOND TO
18 MEDTRONIC, INC., MEDTRONIC PS            COMPLAINT
   MEDICAL, INC., and Does 1 to 50,
19
             Defendants.
20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANT MEDTRONIC PS MEDICAL, INC. TO RESPOND TO
COMPLAINT

1  Pursuant to Civil Local Rule 6-1(a), the parties hereto file this Stipulation to extend the time
2  within which Defendant Medtronic PS Medical, Inc. ("Medtronic PS Medical") may respond to the
3  Amended Complaint. On March 6, 2008, Plaintiff Jerry Spicer ("Plaintiff") filed a Complaint in the
4  Superior Court of the State of California in and for the County of San Mateo. Plaintiff filed an
5  Amended Complaint on May 2, 2008 in Superior Court, which added Medtronic PS Medical as a
6  defendant. The Amended Complaint was served on Defendants Medtronic, Inc. and Medtronic PS
7  Medical on May 5, 2008. On June 3, 2008, Defendant Medtronic, Inc. filed its Answer in Superior
8  Court. On June 4, 2008, Defendant Medtronic, Inc. removed this action to this Court. The last day
9  for Defendant Medtronic PS Medical to respond to the Amended Complaint is June 11, 2008. The
10 parties stipulate that Defendant Medtronic PC Medical's time within which to respond shall be
11 extended thirty (30) days to July 11, 2008.

14  DATED: June 6, 2008.                          REED SMITH LLP

16                                                By /s/ Dana Blanton
                                                  Sonja S. Weissman
17                                                Dana A. Blanton
                                                  Attorneys for Defendant
                                                  Medtronic PS Medical, Inc.

19  DATED: June 6, 2008.

21                                                By /s/ Thomas A. Cohen
                                                  Thomas A. Cohen
                                                  Attorney for Plaintiff.

DOCSSFO-12517458.1-ABRIDDEL