Sonja S. Weissman (SBN 154320)
Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612
Telephone: 510.763.2000
Facsimile: 510.273.8832
Email: sweissman@reedsmith.com;
dblanton@reedsmith.com

Michael K. Brown (SBN 104252)
Ginger Heyman Pigott (SBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: mkbrown@reedsmith.com;
gheyman@reedsmith.com

Attorneys for Defendant
Medtronic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SPICER,<br><br>             Plaintiff,<br><br>     vs.<br><br>MEDTRONIC, INC., MEDTRONIC PS MEDICAL, INC. dba MEDTRONIC NEUROLOGIC TECHNOLOGIES, and Does 1 to 50,<br><br>             Defendants. | No.: C08-02789 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

1  IT IS HEREBY STIPULATED by and between plaintiff Jeffrey Spicer and defendant Medtronic PS Medical, Inc., by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff's Complaint shall be dismissed without prejudice. Each party shall bear its own costs, fees and expenses, including attorneys' fees, in connection with this voluntary dismissal. Judgment of dismissal without prejudice may be entered hereon pursuant hereto without further notice.

DATED: June 19, 2008.

By  /S/ Thomas A. Cohen
    Thomas A. Cohen
    Attorney for Plaintiff Jeffrey Spicer

DATED: June 19, 2008.

REED SMITH LLP

By  /S/ Dana A. Blanton
    Sonja S. Weissman
    Dana A. Blanton
    Attorneys for Defendant
    Medtronic Inc.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June ___, 2008

_____
MARIA-ELENA JAMES
UNITED STATES DISTRICT MAGISTRATE

DOCSOAK-9910884.1

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE

DOCSOAK-9910884.1