1  Sonja S. Weissman (SBN 154320)
   Dana A. Blanton (SBN 232373)
2  REED SMITH LLP
   1999 Harrison St., Suite 2400
3  Oakland, CA 94612
   Telephone:    510.763.2000
4  Facsimile:    510.273.8832
   Email: sweissman@reedsmith.com;
5  dblanton@reedsmith.com

6  Michael K. Brown (SBN 104252)
   Ginger Heyman Pigott (SBN 162908)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA 90071
   Telephone:    213.457.8000
9  Facsimile:    213.457.8080
   Email: mkbrown@reedsmith.com;
10 gheyman@reedsmith.com

11 Attorneys for Defendant
   Medtronic, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SPICER, | No.: C08-02789 MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| MEDTRONIC, INC., MEDTRONIC PS MEDICAL, INC. dba MEDTRONIC NEUROLOGIC TECHNOLOGIES, and Does 1 to 50, | |
| Defendants. | |

1  IT IS HEREBY STIPULATED by and between plaintiff Jeffrey Spicer and defendant
2  Medtronic PS Medical, Inc., by and through their undersigned attorneys, that pursuant to Fed. R.
3  Civ. P. 41(a)(1)(A)(ii), plaintiff's Complaint shall be dismissed without prejudice.  Each party shall
4  bear its own costs, fees and expenses, including attorneys' fees, in connection with this voluntary
5  dismissal.  Judgment of dismissal without prejudice may be entered hereon pursuant hereto without
6  further notice.

    DATED:  June 19, 2008.

            By ___/S/ Thomas A. Cohen_____
               Thomas A. Cohen
               Attorney for Plaintiff Jeffrey Spicer

    DATED:  June 19, 2008.

            REED SMITH LLP

            By ___/S/ Dana A. Blanton_____
               Sonja S. Weissman
               Dana A. Blanton
               Attorneys for Defendant
               Medtronic Inc.

                    **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

    DATED: ~~June~~ July _21_, 2008

            _____
            MARIA-ELENA JAMES
            UNITED STATES DISTRICT MAGISTRATE



IT IS SO ORDERED
Judge Maria-Elena James

DOCSOAK-9910884.1

- 1 -
STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE

1
2
3   DOCSOAK-9910884.1
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 2 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE