Sonja S. Weissman (SBN 154320)
Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612
Telephone:  510.763.2000
Facsimile:  510.273.8832
Email: sweissman@reedsmith.com;
dblanton@reedsmith.com

Michael K. Brown (SBN 104252)
Ginger Heyman Pigott (SBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:  213.457.8000
Facsimile:  213.457.8080
Email: mkbrown@reedsmith.com;
gheyman@reedsmith.com

Attorneys for Defendant
Medtronic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SPICER,<br><br>Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., MEDTRONIC PS MEDICAL, INC. dba MEDTRONIC NEUROLOGIC TECHNOLOGIES, and Does 1 to 50,<br><br>Defendants. | No.: C08-02789 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER TO CORRECT JULY 21, 2008 ORDER DISMISSING ENTIRE CASE AND TO REINSTATE CASE AS TO DEFENDANT MEDTRONIC, INC. ONLY |

STIPULATION AND [PROPOSED] ORDER TO CORRECT JULY 22, 2008 ORDER DISMISSING ENTIRE CASE
AND TO REINSTATE CASE AS TO DEFENDANT MEDTRONIC, INC. ONLY

1   Plaintiff Jeffrey Spicer filed a complaint against Medtronic, Inc. and Medtronic PS Medical, Inc. in San Mateo County Superior Court on May 2, 2008. On June 4, 2008, defendants timely removed the action to this Court. The parties subsequently met and conferred and determined that Medtronic PS Medical, Inc. was not a properly named and joined defendant to this action, and agreed to stipulate to dismiss Medtronic PS Medical, Inc. from the action without prejudice. The parties drafted and agreed upon a stipulation to dismiss only Medtronic PS Medical, Inc. and filed the same on June 19, 2008. The Court signed the stipulation and proposed order on July 21, 2008. Though the stipulation filed by the parties sought only to dismiss Medtronic PS Medical, Inc. from the action, the Court inadvertently dismissed the entire action against both named defendants.

Accordingly, the parties seek through this stipulation and proposed order to reinstate the action against Medtronic, Inc. only and to have the Court reset a pretrial scheduling order so the parties may proceed with the action.

THE PARTIES HEREBY STIPULATE and respectfully request that the Court enter an order correcting its July 21, 2008 order dismissing the entire case, and clarify that the case is dismissed with regard to Medtronic PS Medical, Inc., only, and further clarify that the action still stands as against Medtronic, Inc. Further the parties respectfully request that the Court set a pretrial schedule that will allow the parties to proceed expeditiously with this case while also allowing the parties time to prepare the necessary pleadings and reports required for the first case management conference. The parties respectfully suggest that the Court set the informal Rule 26 meeting no later than October 15, 2008, and set the Initial Case Management Conference for no later than November 15, 2008, and all related dates in accordance with the designated date for that event.

| | |
|---|---|
| 1 | DATED: September 22, 2008. |
| 2 | |
| 3 | By _____ |
| | Thomas A. Cohen |
| 4 | Attorney for Plaintiff Jeffrey Spicer |
| 5 | DATED: September 22, 2008. |

REED SMITH LLP

By _____
Sonja S. Weissman
Dana A. Blanton
Attorneys for Defendant
Medtronic Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED THAT the parties in this action stipulated to dismiss only Medtronic PS Medical, Inc. from this action and that the July 21, 2008 Order dismissing the case in its entirety against both Medtronic PS Medical, Inc. and Medtronic, Inc. was entered in error. The Court hereby clarifies and corrects it July 21, 2008 Order to dismiss defendant Medtronic PS Medical, Inc. only, and to reinstate the case as it stands against Medtronic, Inc. only. The Court will accordingly set a pretrial schedule in a separate Order at its convenience.

DATED: September 24, 2008

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE

*IT IS SO ORDERED*
*Judge Maria-Elena James*

DOCSOAK-9918722.2

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CORRECT JULY 22, 2008 ORDER DISMISSING ENTIRE CASE
AND TO REINSTATE CASE AS TO DEFENDANT MEDTRONIC, INC. ONLY