IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SPICER, | No. C 08-2789 MEJ |
| Plaintiff(s), | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| MEDTRONIC PS MEDICAL, INC., | |
| Defendant(s). | |

On September 24, 2008, the Court reinstated this case as to Defendant Medtronic PS Medical, Inc. only. Accordingly, the Court shall conduct a Case Management Conference on November 13, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All dates in the June 4, 2008 scheduling order shall be adjusted accordingly. The parties shall file their joint statement by November 6, 2008.

**IT IS SO ORDERED.**

Dated: October 29, 2008

MARIA ELENA JAMES
United States Magistrate Judge