Thomas A. Cohen (#154581)
Law Offices of Thomas A. Cohen
639 Front St., 4th floor
San Francisco, CA 94111
(415) 777-1997

Attorney for Plaintiff, Jeffrey Spicer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SPICER,<br><br>            Plaintiff,<br><br>    vs.<br><br>MEDTRONIC INC.,<br><br>            Defendant | Case No.:  C08-02789 TEH<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

     At the February 2, 2009 Case Management Conference, the parties agreed to a further Conference on April 13, 2009 at 1:30 p.m.  Plaintiff's counsel subsequently discovered a calendar conflict and contacted opposing counsel and the Court's calendar clerk to resolve the conflict.  The parties then agreed to seek through this stipulation and proposed order a one week continuance of the Case Management Conference to April 20, 2009 at 1:30 p.m.

     THE PARTIES HEREBY STIPULATE and respectfully request that the Court enter an order continuing the Case Management Conference to April 20, 2009 at 1:30 p.m.

Stipulation and proposed order re CMC

DATED: February 4, 2009.

By  /s/ Thomas A. Cohen
Thomas A. Cohen
Attorney for Plaintiff Jeffrey Spicer

DATED: February 4, 2009.

REED SMITH LLP

By  /s/ Dana A. Blanton
Sonja S. Weissman
Dana A. Blanton
Attorneys for Defendant
Medtronic Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT the parties in this action stipulated to continuing the Case Management Conference to April 20, 2009 at 1:30 p.m.  The Court will accordingly reset the Case Management Conference to April 20, 2009 at 1:30 p.m. .

DATED: February __4__, 2009

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

Stipulation and proposed order re CMC