1  Sonja S. Weissman (SBN 154320)
   Dana A. Blanton (SBN 232373)
2  REED SMITH LLP
   1999 Harrison St., Suite 2400
3  Oakland, CA  94612
   Telephone:    510.763.2000
4  Facsimile:    510.273.8832
   Email:  sweissman@reedsmith.com;
5  dblanton@reedsmith.com

6  Michael K. Brown (State Bar No. 104252)
   Ginger Heyman Pigott (State Bar No. 162908)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA  90071
   Telephone:    213.457.8000
9  Facsimile:    213.457.8080

10 Attorneys for Defendant
   Medtronic, Inc.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14  JEFFREY SPICER,                    | No.: 3:08-CV-02789-TEH

15              Plaintiff,
                                        | **STIPULATION AND [PROPOSED]**
16       vs.                            | **ORDER RE EARLY NEUTRAL**
                                        | **EVALUATION**
17  MEDTRONIC, INC., MEDTRONIC PS
    MEDICAL, INC., and Does 1 to 50,
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

Plaintiff Jeffrey Spicer and Defendant Medtronic, Inc., by and through their counsel of record, make the following stipulation and request relating to the timing of completion of Early Neutral Evaluation ("ENE").

As the parties informed the Court at the most recent Scheduling Conference on February 2, 2009, the parties were recently contacted by the ENE evaluator. As currently set, the ENE is required to be completed by February 24, 2009, but due to timing and efforts to engage in some additional informal discovery, the parties could not pick a date before the deadline as the parties' counsel informed the Court. The parties have met and conferred and have set the ENE for March 30, 2009. To be sure that the Court is informed, the parties have provided this stipulation and request an Order allowing the ENE completion to be extended until April 13, 2009.

IT IS SO STIPULATED.

DATED: February 19, 2009

By ____/s/ Thomas A. Cohen_____
    Thomas A. Cohen
    Attorney for Plaintiff Jeffrey Spicer

DATED: February 19, 2009        REED SMITH, LLP

By ____/s/ Dana A. Blanton_____
    Ginger Heyman Pigott
    Dana A. Blanton
    Attorneys for Defendant
    Medtronic, Inc.

**IT IS SO ORDERED.**

DATED: _____02/23_____, 2009    _____
                                United S[signature]
                                Judge Thelton E. Henderson

3:08-CV-02789-TEH                - 1 -

Stipulation and [Proposed] Order Re Early Neutral Evaluation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware