Sonja S. Weissman (SBN 154320)
Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612
Telephone:	510.763.2000
Facsimile:	510.273.8832
Email:  sweissman@reedsmith.com;
dblanton@reedsmith.com

Michael K. Brown (State Bar No. 104252)
Ginger Heyman Pigott (State Bar No. 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:	213.457.8000
Facsimile:	213.457.8080

Attorneys for Defendant
Medtronic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SPICER,<br><br>          Plaintiff,<br><br>     vs.<br><br>MEDTRONIC, INC., MEDTRONIC PS MEDICAL, INC., and Does 1 to 50,<br><br>          Defendants. | No.: 3:08-CV-02789-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER RE PRODUCTION OF PRESCRIPTION DEVICE EXEMPLAR** |

Plaintiff Jeffrey Spicer ("Plaintiff") and Defendant Medtronic, Inc. ("Medtronic"), by and through their counsel of record, make the following stipulation and request for an order allowing production of a prescription device exemplar by Medtronic.

As the parties informed the Court at the most recent Scheduling Conference on February 2, 2009, the parties are engaged in some discovery and Plaintiff has requested production of a device exemplar. Specifically, Plaintiff has requested an exemplar of the tunneling tool that would be packaged in an Extension Kit Model 7482A (like the product identified in Plaintiff's complaint). Medtronic responded that it is prohibited from providing a device to Plaintiff or his counsel under federal law prohibiting distribution or sale of such prescription devices without a prescription. However, with a Court's order, Medtronic may make such exemplar available, stamped "Not for Human Use" so long as Plaintiff reimburses Medtronic for the cost of the device. Thus, the parties request an Order allowing the production as outlined above.

IT IS SO STIPULATED.

DATED: February 19, 2009

By /s/ Thomas A. Cohen
   Thomas A. Cohen
   Attorney for Plaintiff Jeffrey Spicer

DATED: February 19, 2009    REED SMITH, LLP

By   /s/ Dana A. Blanton
   Ginger Heyman Pigott
   Dana A. Blanton
   Attorneys for Defendant
   Medtronic, Inc.

**IT IS SO ORDERED.**

DATED: _____02/23\_\_\_, 2009

_____
United States District Judge Thelton E. Henderson

3:08-CV-02789-TEH    - 1 -
Stipulation and [Proposed] Order Re Production of Prescription Device Exemplar

REED SMITH LLP
A limited liability partnership formed in the State of Delaware