1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SPICER,<br><br>    Plaintiff,<br><br> vs.<br><br>MEDTRONIC, INC. and DOES 1 through 50,<br><br>    Defendants. | No.: C 08-02789-TEH<br><br>**JOINT NOTICE OF CASE RESOLUTION AND REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR [CURRENTLY SET FOR APRIL 20, 2009]** |

Plaintiff Jeffrey Spicer and Defendant Medtronic, Inc. ("Medtronic"), by and through their counsel of record submit the following Notice of Case Resolution. The parties request that the Court take the Case Management Conference scheduled for April 20, 2009 off calendar. The parties expect to file a stipulation for dismissal of action by or before May 5, 2009.

Dated:  April 15, 2009          LAW OFFICES OF TOM A. COHEN


By____/s/ Thomas A. Cohen_____
    Thomas A. Cohen
    Attorney for Plaintiff

Dated:  April 15, 2009

REED SMITH LLP


By__/s/ Ginger H. Pigott_____
Ginger H. Pigott
Dana A. Blanton
Attorneys for Defendant
Medtronic Inc.

The April 20, 2009 case management conference is VACATED.  The parties shall file a stipulation for dismissal on or before May 5, 2009.  If they are unable to do so, then they shall file a joint statement explaining the reason for the delay and an updated estimate of when such a stipulation will be filed.

IT IS SO ORDERED

Judge Thelton E. Henderson

04/17/09