1  Michael K. Brown (State Bar No. 104252)
   Ginger Heyman Pigott (State Bar No. 162908)
2  Dana A. Blanton (State Bar No. 232373)
   REED SMITH LLP
3  355 South Grand Avenue, Suite 2900
   Los Angeles, CA  90071
4  Telephone:    213.457.8000
   Facsimile:    213.457.8080
5  Email: mkbrown@reedsmith.com;
   gheyman@reedsmith.com
6  dblanton@reedsmith.com

7  Attorneys for Defendant Medtronic, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SPICER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC.,<br><br>　　　　Defendant. | No. 3:08-cv-02789-TEH<br><br>**STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, that the above-entitled action is hereby dismissed with prejudice as to Medtronic, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: April 28, 2009.          REED SMITH LLP


                                By /s/ Dana A. Blanton
                                   Ginger Heyman Pigott
                                   Dana A. Blanton
                                   Attorneys for Defendant
                                   Medtronic, Inc.

DATED: April 28, 2009.


                                By /s/ Thomas A. Cohen
                                   Thomas A. Cohen
                                   Attorney for Plaintiff

US_ACTIVE-101536480


                                IT IS SO ORDERED:

                                _____
                                Thelton E. Henderson
                                United States District Judge
                                4/29/09